In the Matter of DRAKE HOLDING CORPORATION, Respondent, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Appellant.

NORTH AMERICAN HOLDING CORPORATION, Appellant.

Argued April 20, 1938; decided May 24, 1938.

*William C. Chanler, Corporation Counsel (Paxton Blair* of counsel), for Board of Standards and Appeals, appellant.

*Frederick L. Kane* and *Archie H. Samuels* for North American Holding Corporation, appellant.

*David Steckler* and *Israel Hoffman* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.